WR-31,454-04
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/2/2015 9:35:46 AM
Accepted 7/2/2015 9:51:40 AM
ABEL ACOSTA
CLERK

No. WR-31,454-04

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## EX PARTE RODNEY ELNESTO SMILEY

On Application for a Writ of Habeas Corpus

Trial Court Cause No. W94-02954-U(B)
291st Judicial District Court
Dallas County, Texas

## Applicant's Unopposed Motion for Leave to File a Reply to the Brief filed by the Texas Department of Criminal Justice ("TDCJ")

For the following reasons, Rodney Elnesto Smiley (Applicant) requests leave to file a *Reply to TDCJ's Brief*:

1. Upon a party's motion, this Court may permit the filing of additional briefs. Rule 70.4, Rules of Appellate Procedure. Generally, an appellant may file a reply brief addressing any matter in the TDCJ's responsive brief. Rule 38.3, Rules of Appellate Procedure. A computer-generated reply brief is limited to 7,500 words. Rule 9.4(i)(2)(C), Rules of Appellate Procedure. And it must be filed within 20 days. Rule 38.6(c), Rules of Appellate Procedure.

2. TDCJ filed its brief in this case on June 29, 2015. Therefore, any reply brief would be due no later than July 20, 2015. This case has not be set for either oral argument or submission.

3. Upon review of TDCJ's brief, Applicant believes that a reply is warranted to address TDCJ's assertion that Applicant is claiming for the first time in his brief that he should be released to mandatory supervision for his theft conviction, TDCJ's assertion that Applicant's claims are moot, and TDCJ's assertion that the controlling sentence may change during an inmate's incarceration.

5. Applicant's request is not made for purposes of delay but for a thorough and proper presentation of his arguments.

6. For the foregoing reasons, Applicant prays that this Court grant him leave to file a *Reply Brief* no later than July 20, 2015.

Respectfully submitted,

State Counsel for Offenders
Attorney for Appellant

/s/ Nicholas Mensch
Texas Bar No. 24070262
P. O. Box 4005
Huntsville, TX 77342
Telephone no. 936-437-5252
Facsimile no. 936-437-5279
Nicholas.mensch@tdcj.texas.gov

## Certificate of Conference

In compliance with Rule 10.1(5), Rules of Appellate Procedure, I certify that I conferred with TDCJ's attorney, Joseph Corcoran, who does not oppose this motion.

/s/ Nicholas Mensch

## Certificate of Compliance

In compliance with Rule 9.4(i)(3), Rules of Appellate Procedure, I certify that this computer-generated document complies with the typeface requirements of Rule 9.4(e) and is comprised of 493 words (excluding the items exempted in Rule 9.4(i)(1)).

/s/ Nicholas Mensch

## Certificate of Service

In compliance with Rule 9.5(e), Rules of Appellate Procedure, I certify that a copy of the foregoing *Motion for Leave to File a Reply Brief* was served on the following parties noted below by one or more of the following: certified mail (return receipt requested), facsimile transfer, or electronic mail (e-mail), on July 2, 2015.

Joseph P. Corcoran
Assistant Attorney General
Supervising Attorney for Non-Capital Appeals
Criminal Appeals Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1400/(512) 936-1280 fax
E-mail address: Joseph.Corcoran@texasAttorneyGeneral.gov

Susan Hawk
Dallas County District Attorney
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB 19
Dallas, TX 75207
(214) 653-3600/(214) 653-5774 (fax)

/s/ Nicholas Mensch